

# 11th Court of Appeals

## Eastland, Texas

### Judgment

Carlos Flores,

Vs. No. 11-19-00193-CV

Marisol Carapia,

\* From the 446th District Court
of Ector County,
Trial Court No. CC2-26,129

\* July 11, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.